IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NA'EEM BETZ | : |
| **Plaintiff,** *Pro Se* | : |
| v. | : Civil Case No. 1:20-cv-02093-DLF |
| STUDENT LOAN CENTER USA | : |
| **Defendant, Respondent** | : |

### NOTICE OF SETTLEMENT

Plaintiff Na'eem Betz, (*Pro Se)*, who hereby notifies the U.S. District Court for The District of Columbia that a settlement on all claims has been reached between the second Defendant Student Loan Center USA, *et* al., doing business as ("SLC"). Plaintiff and Defendant are in the process of finalizing and executing the terms and conditions of the release and settlement agreement documents. Plaintiff request that the court retain jurisdiction over this case until the release and settlement agreement has been fully executed and closed once all the terms and conditions are met. Upon full execution of the same, Plaintiff will file the appropriate dismissal documents with the Court related to second Defendant Student Loan Center USA, *et* al., doing business as ("SLC").

Respectfully submitted,

/s/ *Na'eem Betz*
NA'EEM BETZ
4244 Hildreth St. SE
Washington, D.C. 20019-9998
nobetzo@gmail.com

*Plaintiff / Pro Se*

*NAEEM BETZ*
*P.O. BOX 15714*
*WASHINGTON, D.C. 20003-9998*

Date: May 21st, 2021

**CERTIFICATE OF SERVICE UNDER FED. R. CIV. P. 5. (d)(1) and LCvR 5.4 (d)(1), (2)**

**I HEREBY CERTIFY** on the 21st of May 2021; I filed the foregoing with the Clerk for U.S. District Court's for the District of Columbia. The CM/ECF system which will automatically send electronic mail notification of such filing. Plaintiff will email / mail a copy to Defendant US Student Loan Center USA, *et* al., doing business as ("SLC").

**STUDENT LOAN CENTER USA**
14511 FRANKLIN AVE SUITE # 200
TUSTIN, CALIFORNIA 92780-7249
*Defendant(s)*

**NA'EEM BETZ**
4244 HILDRETH ST.SE
WASHINGTON, D.C. 20019-9998
nobetzo@gmail.com

*/s/ Na'eem Betz*
NA'EEM BETZ
4244 Hildreth St. SE
Washington, D.C. 20019-9998
nobetzo@gmail.com

*Plaintiff / Pro Se*

*NAEEM BETZ*
*P.O. BOX 15714*
*WASHINGTON, D.C. 20003-9998*

2