IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NA'EEM BETZ | : | |
| | : | |
| **Plaintiff,** *Pro Se* | : | |
| | : | |
| v. | : | Civil Case No. 1:20-cv-02093-DLF |
| | : | |
| | : | |
| STUDENT LOAN CENTER USA | : | |
| | : | |
| **Defendant** | : | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

### PURSUANT TO THE FED.RULES.CIV. P. 41(A)(1)(A)(I)

### AGAINST SECOND DEFENDANT STUDENT LOAN CENTER USA

Plaintiff Na'eem Betz, (*Pro Se)*, who hereby notifies the U.S. District Court for The District of Columbia that a finalized settlement on all claims as been fully executed and satisfied. The final conditions of settlement agreement / release have been fully executed between the second Defendant Student Loan Center USA, *et* al., doing business as ("SLC"). Plaintiff and the second Defendant have finalized and executed the terms and conditions of the release and settlement agreement documents and all conditions have been satisfied completely. Plaintiff request that the Honorable Court order the Clerk of the Court to close this case immediately against second Defendant Student Loan Center USA, *et* al., doing business as ("SLC").

## CONCLUSION

**WHEREFORE** the reasons identified above, Plaintiff Naeem Betz *(Pro Se),* requests that the Court **DISMISS** with **PREJUDICE**, including all claims under the Telephone Consumer Protection Act (TCPA) 47 U.S.C. § 227(c)(5) without fees or costs to any party as against the other.

Each side will bear its own attorneys' fees and costs.

Plaintiff request that the Honorable Court order the Clerk of the Court to close this case immediately against second Defendant Student Loan Center USA, *et* al., doing business as ("SLC").

/s/ *Na'eem Omar Betz* _____
**NA'EEM BETZ**
4244 Hildreth St. SE
Washington, D.C. 20019-9998
nobetzo@gmail.com

*Plaintiff / Pro Se*

*NAEEM OMAR BETZ*
*P.O. BOX 15714*
*WASHINGTON, D.C. 20003-9998*

Date: May 21st, 2021

### CERTIFICATE OF SERVICE UNDER FED. R. CIV. P. 5. (d)(1) and LCvR 5.4 (d)(1), (2)

**I HEREBY CERTIFY** on the 21st of May 2021; I filed the foregoing with the Clerk for U.S. District Court's for the District of Columbia. The CM/ECF system which will automatically send electronic mail notification of such filing. Plaintiff will email / mail a copy to Defendant US Student Loan Center USA, *et* al., doing business as ("SLC").

                **STUDENT LOAN CENTER USA**
                14511 FRANKLIN AVE SUITE # 200
                TUSTIN, CALIFORNIA 92780-7249
                                    *Defendant(s)*

/s/ *Na'eem Omar Betz* _____
**NA'EEM BETZ**
4244 Hildreth St. SE
Washington, D.C. 20019-9998
nobetzo@gmail.com

*Plaintiff / Pro Se*

*NAEEM OMAR BETZ*
*P.O. BOX 15714*
*WASHINGTON, D.C. 20003-9998*

3